UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ X
                                           :
UNITED STATES OF AMERICA                   :
                                           :        25cr524(DLC)
              -v-                          :
                                           :        ORDER
XAVIER SANCHEZ,                            :
                                           :
                        Defendant.         :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

    Having been informed that the defendant wishes to enter a
change of plea, it is hereby

    ORDERED that a conference is scheduled for May 1, 2026 at
3:00 PM in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
          April 28, 2026

                              _____
                                        DENISE COTE
                              United States District Judge