UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------- X

UNITED STATES OF AMERICA

-v-

XAVIER SANCHEZ,

Defendant.

--------------------------------------- X

25cr524(DLC)

ORDER

DENISE COTE, District Judge:

Having received the defendant's letter of July 21, 2026, it is hereby

ORDERED that the sentencing in this matter is adjourned to August 27, 2026 at 11:00 AM in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that the defendant's sentencing submissions are now due August 14, and the Government's submissions are due August 21.

Dated: New York, New York
July 23, 2026

DENISE COTE
United States District Judge